| | |
|---|---|
| DLA PIPER LLP (US) <br> MARGARET A. KEANE (SBN 255378) <br> margaret.keane@dlapiper.com <br> 555 Mission Street, Suite 2400 <br> San Francisco, California 94105-2933 <br> Telephone:   415.836.2500 <br> Facsimile:   415.836.2501 <br><br> Attorneys for Defendants <br> ALLSCRIPTS, INC.; ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.; ALLSCRIPTS HEALTHCARE LLC; STEVEN HOLMQUIST; LORAINE UEBELE | PADILLA & ASSOCIATES <br> STEPHEN M. PADILLA (SBN 126917) <br> smpadillas@earthlink.net <br> 3020 Old Ranch Parkway <br> Suite 300 <br> Seal Beach, California 90740 <br> Telephone:   562.799.5567 <br> Facsimile:   562.596.0900 <br><br> Attorneys for Plaintiff <br> EILEEN LIU |

United States District Court

Northern District of California

San Francisco Division

| | |
|---|---|
| EILEEN LIU, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALLSCRIPTS, INC., a Delaware corporation; ALLSCRIPTS HEALTHCARE SOLUTIONS, INC, a Delaware corporation; ALLSCRIPTS HEALTHCARE LLC, a Delaware corporation; STEVEN HOLMQUIST, an individual; LORAINE UEBELE, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 3:16-cv-03242-VC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING DEFENDANTS STEVEN HOLMQUIST AND LORAINE UEBELE** <br><br><br> Complaint filed:   April 21, 2016 <br> Trial date:   October 16, 2017 |

-1-

1  Pursuant to the agreement of the parties, the parties stipulate to dismiss all
2  claims against individual defendants STEVEN HOLMQUIST and LORAINE UEBELE
3  with prejudice.

4  Dated: March 29, 2017    PADILLA & ASSOCIATES
   MAK

6  By: *Stephen M. Padilla*
   STEPHEN M. PADILLA
7  Attorney for Plaintiff

8  Dated: March 29, 2017    DLA PIPER LLP (US)
   MAK

10 By: *Margaret A. Keane*
   MARGARET A. KEANE
11 Attorneys for Defendants

**ATTESTATION OF CONCURRENCE**

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of the within document has been obtained from each signatory.

*Margaret A. Keane*
Margaret A. Keane

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: 3/30/2017

United States District Court Judge

DLA PIPER LLP (US)
SAN FRANCISCO

EAST\141135730.1

-2-
STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING DEFENDANTS STEVEN HOLMQUIST AND LORAINE UEBELE; CASE NO. 3:16-cv-03242-VC