UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN LIU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSCRIPTS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-03242-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 37, 39 |

It is obvious from the papers that this case has not progressed enough to allow a ruling on summary judgment. The parties are ordered to show cause why they, and their lawyers, should not be sanctioned for their failure to complete discovery in a diligent fashion. Each side must file a brief, not to exceed 10 pages, by Monday, June 26, 2017, explaining what they have done to attempt to complete discovery, why they have not completed it, and why they should not be sanctioned. A hearing on the order to show cause will take place at the same time as the previously-scheduled summary judgment hearing.

　　**IT IS SO ORDERED.**

Dated: June 20, 2017

_____
VINCE CHHABRIA
United States District Judge